**Fill in this information to identify the case:**

Debtor 1    Sue Ellen O'Brien

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the    Northern    District of    California
                                                                                                   (State)

Case number    19-50680

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges      12/16

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.
**File this form as a supplement to your proof of claim**. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Quicken Loans Inc.      **Court claim No. (if known):** 4

**Last 4 digits** of any number you use to identify the debtor's account: 0720

**Does this notice supplement a prior notice of post-petition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____

---

**Part 1:**    **Itemize Post-petition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) $ | |
| 2. Non-sufficient funds (NSF) fees | | (2) $ | |
| 3. Attorney Fees | 05/15/2019 – Objection to Confirmation | (3) $ | 550.00 |
| 4. Filing fees and court costs | | (4) $ | |
| 5. Bankruptcy/Proof of claim fees | 04/24/2019 | (5) $ | 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. Property inspection fees | | (7) $ | |
| 8. Tax advances (non-escrow) | | (8) $ | |
| 9. Insurance advances (non-escrow) | | (9) $ | |
| 10. Property preservation expenses. Specify: | | (10) $ | |
| 11. Other. Specify: Plan Review | 04/23/2019 | (11) $ | 150.00 |
| 12. Other. Specify: | | (12) $ | |
| 13. Other. Specify: | | (13) $ | |
| 14. Other. Specify: | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Sue Ellen OBrien | | | Case Number *(if known)* | 19-50680 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ **Arnold L. Graff**
    Signature

Date: **June 5, 2019**

| Print: | Arnold | L. | Graff | Title: | Agent for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Company: | Aldridge Pite, LLP | | | | |
| Address: | 4375 | Jutland Dr. Suite 200; P.O. Box 17933 | | | |
| | Number | Street | | | |
| | San Diego | CA | 92177-0933 | | |
| | City | State | Zip Code | | |
| Contact phone | (858)-750-7600 | | | Email | agraff@aldridgepite.com |

Official Form 410S2  **Notice of Postpetition Mortgage Fees, Expenses, and Charges**  page 2

```
 1  Arnold L. Graff (SBN 269170)
    agraff@aldridgepite.com
 2  Joseph C. Delmotte (SBN 259460)
    jdelmotte@aldridgepite.com
 3  **ALDRIDGE PITE, LLP**
    4375 Jutland Drive, Suite 200
 4  P.O. Box 17933
    San Diego, CA 92177-0933
 5  Telephone: (858) 750-7600
    Facsimile:  (619) 590-1385
 6
    Attorneys for
 7  Quicken Loans Inc.
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| In re | Case No. 19-50680 |
|---|---|
| SUE ELLEN OBRIEN AKA SUE E. O'BRIEN, | Chapter 13 |
| Debtor. | **PROOF OF SERVICE** |

I, Melissa Gonzalez, declare that:

I am employed by Aldridge Pite, LLP.  My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305.  I am over the age of eighteen years and not a party to this case.

On June 5, 2019, I caused the following documents:

- **Notice of Postpetition Mortgage Fees, Expenses, and Charges;**

to be served in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, and/or via electronic means pursuant to Bankruptcy Local Rule 9013-3(c) as follows:

**DEBTOR**
Sue Ellen OBrien
P.O. Box 2092
Carmel, CA 93923
(Via U.S. Mail)

//
//

- 1 -
**PROOF OF SERVICE**

CASE NO. 19-50680

**DEBTOR'S ATTORNEY**
Jeremy F. Peck
Law Office of Jeremy F. Peck
P.O.Box 51685
Pacific Grove, CA 93950
jeremy@jeremypeck.com
(Via NEF)

**TRUSTEE**
Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013
ctdocs@ch13sj.com
(Via NEF)

**U.S. TRUSTEE**
U.S. Trustee
Department of Justice
USTPRegion17.SJ.ECF@usdoj.gov
(Via NEF)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 5, 2019           /s/Melissa Gonzalez
                              MELISSA GONZALEZ